

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2022

No. 04-22-00441-CV

**IN THE INTEREST OF R.L.W., E.L.W., R.A.W. AND R.L.W.**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01022
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 15, 2022, the court reporter filed a notification of late record, requesting an extension of time. On August 17, 2022, this court dismissed this case for lack of jurisdiction. We therefore **DENY** the request as **MOOT**.

It is so **ORDERED** on August 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT